IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMIL and SHARON CLOUD**<br><br>Plaintiffs<br><br>v.<br><br>**ELECTROLUX HOME PRODUCTS, INC.**<br><br>Defendant | CIVIL ACTION<br>NO. 15-00571 |

## ORDER

**AND NOW**, this 14th day of May, 2015, upon consideration of Defendant Electrolux Home Products, Inc.'s Motion to Strike and Dismiss Plaintiffs' Amended Complaint (Doc. No. 12) and Plaintiffs' Response in Opposition (Doc. No. 14), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.